UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PABLO MARTINEZ, *et al.*, | ) | |
| Plaintiff, | ) | 2:12-cv-502-GMN-VCF |
| vs. | ) | |
| VICTORIA PARTNERS, etc., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the court on Defendant The Light Group, LLC's Motion For Waiver of Attendance of Insurance Representative at ENE (#26).

The Court having reviewed the Motion (#26) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant The Light Group, LLC's Motion For Waiver of Attendance of Insurance Representative at ENE (#26) is **DENIED** and Defendant's insurance representative is required to be present in court for the duration of the ENE scheduled in this case.

DATED this __20th__ day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge