UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PABLO MARTINEZ, *et al.*,    )<br>                                            )<br>           Plaintiff,                )<br>                                            )<br>vs.                                      )<br>                                            )<br>VICTORIA PARTNERS, etc., *et al.*, )<br>                                            )<br>           Defendant,            )<br>_____) | 2:12-cv-502-GMN-VCF<br><br><br>O R D E R |

This matter is before the court on Defendant The Light Group, LLC's Motion For Waiver of Attendance of Insurance Representative at ENE (#26).

The Court having reviewed the Motion (#26) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant The Light Group, LLC's Motion For Waiver of Attendance of Insurance Representative at ENE (#26) is **DENIED** and Defendant's insurance representative is required to be present in court for the duration of the ENE scheduled in this case.

DATED this   20th   day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge