Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Victoria Partners
dba Monte Carlo Resort and Casino*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PABLO MARTINEZ, TYRONE ARMSTRONG, CARY VAN BIEZEN and DANIEL ATKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>VICTORIA PARTNERS dba as MONTE CARLO RESORT AND CASINO; THE LIGHT GROUP dba DIABLO'S CANTINA, LLC and MC STEAK, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00502-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT VICTORIA PARTNERS dba MONTE CARLO RESORT AND CASINO WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that Defendant Victoria Partners dba Monte Carlo Resort and Casino be dismissed with prejudice in the above referenced matter, each party to bear its own attorneys' fees and costs.

This dismissal shall have no impact on the status of any claims asserted against named defendant Light Group dba Diablo's Cantina, LLC and MC Steak, LLC.

Dated this 6th day of February, 2015.

| ALLRED MAROKO & GOLDBERG | JACKSON LEWIS P.C. |
|---|---|
| /s/ R. Tomas Olmos<br>R. Tomas Olmos, CA. Bar No. 54247<br>6300 Wilshire Blvd., Ste. 1500<br>Los Angeles, California 90048-5217<br><br>M. Lani-Esteban-Trinidad, NV Bar No. 6967<br>Esteban-Trinidad Law, P.C.<br>4315 N. Rancho Drive, Ste. 110<br>Las Vegas, Nevada 89130<br><br>*Attorneys for Plaintiffs* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, NV Bar No. 5837<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada  89169<br><br>*Attorneys for Defendant<br>Victoria Partners dba Monte Carlo* |

### ORDER

Based upon the parties' stipulation, IT IS HEREBY ORDERED that all claims against Defendant Victoria Partners dba Monte Carlo Resort and Casino are hereby DISMISSED with prejudice, each side to bear its own fees and costs.

Dated:  February 9, 2015.

_____
UNITED STATES DISTRICT JUDGE