1   FISHER & PHILLIPS LLP
    SCOTT M. MAHONEY, ESQ.
2   Nevada Bar No. 1099
    ANTHONY B. GOLDEN, ESQ.
3   Nevada Bar No. 9563
4   3800 Howard Hughes Parkway
    Suite 950
5   Las Vegas, NV 89169
    Telephone: (702) 252-3131
6   Facsimile: (702) 252-7411

7

8   Attorneys for Defendant The Light Group, LLC

### UNITED STATES DISTRICT COURT

9

### DISTRICT OF NEVADA

10
    PABLO MARTINEZ, TYRONE                )
11  ARMSTRONG, CARY VAN BIEZEN            ) Case No. 2:12-cv-00502-JAD-VCF
    and DANIEL ATKINSON,                  )
12                                        )
                     Plaintiffs,          )
13                                        )
                                          ) **STIPULATION AND ORDER FOR**
14            vs.                         ) **DISMISSAL**
                                          )
15  VICTORIA PARTNERS dba as MONTE        )
    CARLO RESORT AND CASINO; THE          )
16  LIGHT GROUP dba DIABLO'S              )
    CANTINA, LLC and MC STEAK, LLC;       )
17  and DOES 1 through 10, inclusive.     )
                                          )
18                                        )
                     Defendants.          )
19  _____ )

20          IT IS HEREBY STIPULATED AND AGREED by and between counsel for

21  Plaintiffs and counsel for Defendant, The Light Group, that this matter be dismissed by

22  Plaintiffs as to Defendant, The Light Group, with prejudice, with each party to bear

23

24

25

26

27

28

- 1 -

30393461

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

their own costs and attorney's fees.

FISHER & PHILLIPS LLP                    ALLRED MAROKO & GOLDBERG

By: _____/s/_____        By:_____/s/_____
    Scott M. Mahoney, Esq.                      R. Tomas Olmos, Esq.
    3800 Howard Hughes Parkway              6300 Wilshire Blvd., Ste. 1500
    Suite 950                                   Los Angeles, California 90048
    Las Vegas, Nevada 89169                     Attorneys for Plaintiffs
    Attorneys for The Light Group

IT IS SO ORDERED:
This dismissal results in the termination of all claims and the Clerk of Court is
instructed to close the case.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 26, 2015.

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

30393461

- 2 -